1

2

JS-6

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

9

10 JEAN PHILLIPPE SMET aka                           CASE NO. CV 10-9566 CAS (FFMx)
JOHNNY HALLYDAY, an individual,

11
Plaintiff,                                    [~~PROPOSED~~] ORDER GRNTING
12                                                         **RULE 41(a) DISMISSAL WITH**
v.                                            **PREJUDICE OF DEFENDANT**
13                                                         **BOO-BOO JEANS CORP.**
RJCD, LLC, a California limited
14 liability company; BOO-BOO JEANS,
CORP., a California corporation;
15 TREND SETTERS, CORP., a
California corporation and DOES 1-10,          Assigned to the Hon. Christina A.
16 inclusive,                                     Snyder

17                                                         Action Filed: December 14, 2010
Defendants.
18

19

20      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21      The Court, having reviewed the stipulation of dismissal filed by the parties,

22 hereby, pursuant to F.R.C.P. Rule 41(a) dismisses Defendant Boo Boo Jeans Corp.,

23 with prejudice.

24      IT IS SO ORDERED.

25

26
Date:  September 21, 2011      _____
27                                                         United States District Court Judge

28

[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF DEFENDANT BOO BOO JEANS CORP.