JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JEAN PHILLIPPE SMET aka JOHNNY HALLYDAY, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>RJCD, LLC, a California limited liability company; BOO-BOO JEANS, CORP., a California corporation; TREND SETTERS, CORP., a California corporation and DOES 1-10, inclusive,<br><br>  Defendants. | CASE NO. CV 10-9566 CAS (FFMx)<br><br>[PROPOSED] ORDER GRNTING RULE 41(a) DISMISSAL WITH PREJUDICE OF DEFENDANT BOO-BOO JEANS CORP.<br><br>Assigned to the Hon. Christina A. Snyder<br><br>Action Filed: December 14, 2010 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having reviewed the stipulation of dismissal filed by the parties, hereby, pursuant to F.R.C.P. Rule 41(a) dismisses Defendant Boo Boo Jeans Corp., with prejudice.

IT IS SO ORDERED.

Date: September 21, 2011

_____
United States District Court Judge

0956-1011 / 213015.1

[PROPOSED] ORDER GRANTING DISMISSAL OF DEFENDANT BOO BOO JEANS CORP.